**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LARRY WHITING, LEROY WHITING, &
LORENZO GARCIA,

      Plaintiffs,

vs.                                                                                          No. CIV 11-0671 JB/GBW

DANA HOGAN;
CLARK MOVING AND STORAGE, INC.;
MAYFLOWER TRANSIT, LLC &
THE HANOVER INSURANCE COMPANY,

      Defendants.

<u>**MEMORANDUM OPINION AND ORDER**</u>

      **THIS MATTER** comes before the Court on Plaintiff Larry Whiting's, Leroy Whiting's, &

Lorenzo Garcia's Motion for a Jury Trial, filed September 2, 2011 (Doc. 14)("Motion"). The Court

held a hearing on February 14, 2012. The primary issue is whether this matter should be tried by

a jury. The Court will grant the Motion.

      Plaintiffs Larry Whiting, Leroy Whiting, and Lorenzo Garcia request that the Court enter an

order permitting them to try their case before a jury. <u>See</u> Motion at 2. The Plaintiffs assert that the

issues are suitable for a jury to decide because they are fact-intensive claims related to a motor-

vehicle accident. <u>See</u> Motion at 2. They argue that their Complaint for Personal Injuries ¶ 14, at

3 (dated June 24, 2011), filed July 29, 2011 (Doc. 1-1)("Complaint"), raises established tort claims

and that they seek only money damages. <u>See</u> Motion at 3. They further assert that granting the

Motion furthers the intent of the Federal Rules of Civil Procedure and the Seventh Amendment to

the United States Constitution. <u>See</u> Motion at 6. No defendant filed a response. The Court held

a hearing on February 14, 2012. At the hearing, the Defendants indicated that they did not oppose

the Motion or a jury trial. <u>See</u> Transcript of Hearing at 20:12-22 (February 14, 2012)(Court, Winters)("Tr.").[1]

Pursuant to local rule 7.1(b), the "failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.L.R.-Civ. 7.1(b). Accordingly, because the Defendants did not file a response to the Motion, they are deemed to have consented to it. The Defendants confirmed that they do not object to the Court granting the Motion at the hearing. <u>See</u> Tr. at 20:12-22 (Court, Winters). Because no party objects to a jury trial and because the tort claims alleged in the Complaint are suitable for a jury to decide, the Court will grant the Motion.

**IT IS ORDERED** that Plaintiff Larry Whiting's, Leroy Whiting's, & Lorenzo Garcia's Motion for a Jury Trial, filed September 2, 2011 (Doc. 14), is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

George Anthony Bleus
Josh E. Eden
Bleus & Associates, LLC
Albuquerque, New Mexico

     *Attorneys for the Plaintiffs*

Christopher P. Winters
Edward Shepherd
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
Albuquerque, New Mexico

     *Attorneys for the Defendants*

---

[1]The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.