WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Whiting and Leroy Whiting,<br><br>           Plaintiffs,<br><br>vs.<br><br>Dana A. Hogan; Mayflower Transit, LLC; and Clark Moving and Storage, Inc.,<br><br>           Defendants. | No. CV-12-8039-PCT-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for Partial Summary Judgment. (Doc. 155.) For the reasons discussed below, the Motion is granted in part and denied in part.[1]

**DISCUSSION**

Defendants Clark Moving and Storage Inc. and Mayflower Transit LLC move for partial summary judgment on Plaintiffs claims of (1) negligent hiring; (2) negligent supervision; and (3) negligent entrustment. (*See* Doc. 1-1, Compl. at 8–13; Doc. 21, Amend. Compl.)  Defendants contend that these claims are duplicative of Plaintiffs' vicarious liability claims and would allow for a double recovery. Defendants do not dispute that vicarious liability applies to them for Defendant Hogan's actions while driving at the time of the subject accident. (Doc. 156, DSOF ¶ 5.) In their Response,

---

[1] The Parties' requests for oral argument are denied because they have had an adequate opportunity to discuss the law and evidence, and oral argument will not aid the Court's decision. See *Lake at Las Vegas Investors Group v. Pac. Malibu Dev.*, 933 F.2d 724, 729 (9th Cir. 1991).

Plaintiffs stipulate to dismissal of these claims. (Doc. 157 at 1.)

The Parties dispute whether Defendants should be awarded costs as the prevailing parties on these claims. The Court will not award costs to either Party until the underlying claims are adjudicated and liability is determined.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Partial Summary Judgment is granted in part and denied in part. Plaintiffs' claims of (1) negligent hiring; (2) negligent supervision; and (3) negligent entrustment are dismissed from Counts Two and Three of this action, (Doc. 1-1, Compl. at 8–13; Doc. 21, Amend. Compl.).

Dated this 28th day of August, 2013.

*G. Murray Snow*
G. Murray Snow
United States District Judge